ROBERT S. BREWER, JR.
United States Attorney
MARIETTA I. GECKOS
Assistant United States Attorney
California Bar No. 271111
Federal Office Building
880 Front Street, Room 6293
San Diego, California  92101-8893
Telephone:  (619) 557-6952

Attorneys for United States of America



### UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>Jacob Issac ATTIAS,<br><br>   Defendant. | Case No.: 19mj2958<br><br>**STIPULATION OF FACT AND JOINT MOTION FOR RELEASE OF MATERIAL WITNESS(ES) AND ORDER THEREON**<br><br>**(Pre-Indictment Fast-Track** Program) |

IT IS HEREBY STIPULATED AND AGREED between the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Robert S. Brewer, Jr. , United States Attorney, and Marietta I. Geckos, Assistant United States Attorney, and defendant Jacob Issac ATTIAS, by and through and with the advice and consent of defense counsel, ~~Nancee Schwartz~~ Mark F. Adams, that:

1. Defendant agrees to execute this stipulation on or before the first preliminary hearing date and to participate in a full and complete inquiry by the Court into whether defendant knowingly, intelligently and voluntarily entered into it.

2. The material witness, Mari Cruz MOLINA-Gonzalez in this case:

   a. Is an alien with no lawful right to enter or remain in the United States;

   b. Entered or attempted to enter the United States illegally on or about July 15, 2019;

   c. Was found in a Toyota Camry, driven by Jacob Issac ATTIAS at the Otay Mesa, California Port of Entry (POE)

MIG:*:7/16/2019

      and that defendant knew or acted in reckless disregard of the fact that she is an alien with no lawful right to enter or remain in the United States;

  d. Was to pay amount of $11,000 US dollars to smugglers to be brought into the United States illegally and/or transported illegally to her destination therein; and,

  e. May be released and remanded immediately to the Department of Homeland Security for return to her country of origin.

3. The vehicle driven by Jacob Issac ATTIAS in this case;

  a. Was seized as evidence and is held by the Department of Homeland Security;

  b. May be released as evidence and immediately disposed of by the Department of Homeland Security.

4. After the court has ordered the material witness released, pursuant to this stipulation and joint motion, if defendant does not plead guilty to a violation of 8 U.S.C. § 1324, for any reason, or thereafter withdraws his guilty plea to that charge, defendant agrees that in any proceeding, including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

  a. The stipulated facts set forth in paragraph 2 above shall be admitted as substantive evidence;

  b. The United States may elicit hearsay testimony from arresting agents regarding any statements made by the material witness(es) provided in discovery, and such testimony shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest of (an) unavailable witness(es);

  c. Understanding that under Crawford v. Washington, 124 S. Ct. 1354 (2004), "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant waives the right to confront and cross-examine the material witness(es) in this case; and,

  d. Defendant waives the opportunity to examine the vehicle or object to its unavailability in this case.

1   5.  By signing this stipulation and joint motion, defendant
2 certifies that defendant has read it (or that it has been read to
3 defendant in defendant's native language). Defendant certifies further
4 that defendant has discussed the terms of this stipulation and joint
5 motion with defense counsel and fully understands its meaning and
6 effect.
7   Based on the foregoing, the parties jointly move the stipulation
8 into evidence and for the immediate release and remand of the above-
9 named material witnesses to the Department of Homeland Security for
10 return to their country of origin.
11   It is **STIPULATED AND AGREED** this date.

Respectfully submitted,

ROBERT S. BREWER, JR.
United States Attorney

_____7/17/19_____
DATED

MARIETTA I. GECKOS
Assistant U.S. Attorney

_____7-16-209_____
DATED

~~NANCEE SCHWARTZ~~ MARK F. ADAMS
Defense Counsel

_____7-16-2019_____
DATED

Jacob Issac ATTIAS
Defendant

**O R D E R**

Upon joint application and motion of the parties, and for good cause shown,

**THE STIPULATION** is admitted into evidence; and

**IT IS ORDERED** that the above-named material witness(es) be released and remanded forthwith to the Department of Homeland Security for return to their country of origin.

SO ORDERED.

DATED  7/17/19                                United States Magistrate Judge